### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In Re: )
)   Judge John D. Schwartz
Santa Fe Trail Transportation Company )   Bankruptcy Case No. 85-08425
)   No Leading Case Number
)   Hearing: September 19, 2006
)            10:00 a.m
Debtor )

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,135.43 to Securitas Security Services USA, Inc., claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 2217

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: 1 9 SEP 2006

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:
Securitas Security Services USA, Inc.
c/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027