## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

| | |
|---|---|
| In Re: | ) |
| | ) Judge John D. Schwartz |
| | ) |
| Santa Fe Trail Transportation Company | ) Bankruptcy Case No. 85-08425 |
| | ) No Leading Case Number |
| | ) Hearing: April 24, 2007 |
| Debtor | ) 10:00 a.m. |

## ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $1,038.46 to Verizon Communications Inc., claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 9884

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: April 24, 2007

John D. Schwartz
United States Bankruptcy Judge

Payment to be mailed to:
    Verizon Communications Inc.
    c/o Dilks & Knopik, LLC
    PO Box 2728
    Issaquah, WA 98027