## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In Re:  )
        )
Santa Fe Trail Transporation ) Bankruptcy Case No. 85-08425
        ) No Leading Case Number
        )
Debtor  )

### ORDER

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $4,735.10 to CEMR Corporation, claimant, c/o Dilks & Knopik, LLC, in the above captioned case.

Claimant's last four digits of Social Security number or EIN #: 8252

Dilks & Knopik, LLC's last four digits of EIN #: 9851

Dated: 7/9/09

Carol Doyle
United States Bankruptcy Judge

Payment to be mailed to:

CEMR Corporation
c/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027

ORIGINAL